COFFIELD, APPELLANT, *v.* ALLSTATE INSURANCE COMPANY, APPELLEE.

[Cite as *Coffield v. Allstate Ins. Co.* (2001), 93 Ohio St.3d 190.]

(No. 01–342—Submitted July 17, 2001—Decided September 19, 2001.)

The motion for this court to reconsider its judgment denying a discretionary appeal in *Coffield v. Allstate Ins. Co.* (2001), 91 Ohio St.3d 1528, 747 N.E.2d 253, is granted.

The discretionary appeal is allowed.

The judgment of the court of appeals is reversed, and the cause is remanded on the authority of *Clark v. Scarpelli* (2001), 91 Ohio St.3d 271, 744 N.E.2d 719, and *Littrell v. Wigglesworth* (2001), 91 Ohio St.3d 425, 746 N.E.2d 1077.

DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

---

LUNDBERG STRATTON, **J., dissenting.** I dissent and would affirm the judgment of the court of appeals.

MOYER, C.J., and COOK, J., concur in the foregoing dissenting opinion.

---

*Friedman, Domiano & Smith Co., L.P.A., Jeffrey H. Friedman* and *Stephen S. Vanek,* for appellant.

*Perantinides & Nolan Co., L.P.A., Chris T. Nolan* and *Peter D. Janos,* for appellee.